IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ALVIN S. CARTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00872-O-BP |
| | § | |
| STATE OF TEXAS, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed,[1] and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Accordingly, it is **ORDERED** that this case is **DISMISSED with prejudice**.

**SO ORDERED** on this **11th day** of **August, 2023**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] Since the submission of the Findings, Conclusions, and Recommendation by the Magistrate Judge on May 22, 2023, Plaintiff subsequently filed two untitled documents on June 6, 2023 (ECF No. 18) and June 21, 2023 (ECF No. 19), respectively. Having reviewed and liberally construed these documents, the Court finds that these documents are not responsive to the Magistrate Judge's Findings, Conclusions, and Recommendation. Accordingly, the Court finds that no objections were filed.